**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

# CRIMINAL MINUTE ORDER

**Date: March 7, 2017** **Time in Court: 30 minutes**

**Judge: Jeffrey S. White**

**Case No.: CR-16-00253 JSW**
**United States of America v. D'Mar Dwain Jennings Conway**
**Defendant**
**Present ( X ) Not Present ( ) In-Custody ( X )**

**Christina McCall**
**U.S. Attorney**

**Edward Smock**
**Defense Counsel**

**Deputy Clerk: Jennifer Ottolini** **Court Reporter: Raynee Mercado**

## PROCEEDINGS

**REASON FOR HEARING: Change of Plea**

**RESULT OF HEARING:** **The Defendant is sworn.**
**The Court voir dired the Defendant re: Change of Plea**
**The Defendant pled guilty to Count 1 of the Indictment in violation of 18 USC § § 2251(a) and (e) – Sexual Exploitation of Children.**

**The Court accepted the plea of guilty.**
**The Plea Agreement is ordered filed.**
**The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.**

**The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.**

**The Defendant remains in U. S. Marshal custody.**

**Case Continued to 6-6-17 at 1:00 p.m. for Judgment and Sentencing**